

**FILED**

OCT 21 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____PMN
         DEPUTY CLERK



**United States District Court**
**Eastern District of California**

| DELI CHEN, et al. | Case Number: 1:25-cv-01338-EPG |

Plaintiff(s)

V.

| CHRISTOPHER CHESTNUT, et al. |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Theodore N. Cox _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiffs DELI CHEN and HUIJUAN CHEN

On __01/10/1984__ (date), I was admitted to practice and presently in good standing in the __Southern District of New York__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __10/21/2025__   Signature of Applicant: /s/ __Theodore N. Cox__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Theodore N. Cox |
| Law Firm Name: | Law Office of Theodore N. Cox |
| Address: | 325 Broadway, Suite 201 |
| City: | New York   State: NY   Zip: 10007 |
| Phone Number w/Area Code: | (212) 925-1208 |
| City and State of Residence: | |
| Primary E-mail Address: | theodorecox@gmail.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joshua A. Altman |
| Law Firm Name: | Altman Immigration Law, PC |
| Address: | 6755 Mira Mesa Blvd., Ste. 123105 |
| City: | San Diego   State: CA   Zip: 92121 |
| Phone Number w/Area Code: | (858) 251-0858   Bar # 259565 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/21/25

_[signature]_
JUDGE, U.S. DISTRICT COURT

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

    THEODORE   N   COX    , Bar #     TC2549

was duly admitted to practice in the Court on

    January 10, 1984

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    September 30, 2025
New York, New York

Tammi M. Hellwig    By    s/B. Cong
Clerk of Court             Deputy Clerk