# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELI CHEN, et al.,<br><br>Petitioners,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.<br><br>Respondents. | Case No. 1:25-cv-01338-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS' COUNSEL TO FILE STATUS REPORT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

On December 5, 2025, the Court granted the petition for writ of habeas corpus, directed Respondents to immediately release Petitioners, and directed counsel for Respondents to file a status report within three days of the date of service of the order. (ECF No. 14 at 12.) To date, counsel for Respondents has failed to file a status report as ordered by the Court.

Accordingly, the Court HEREBY ORDERS that on or before Monday, December 15, 2025, counsel for Respondents SHALL:

1. File a status report confirming that Petitioners have been released from custody; and
2. Show cause why sanctions should not be imposed for failure to follow the Court's December 5, 2025 order.

IT IS SO ORDERED.

Dated: **December 12, 2025**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE