# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELI CHEN, et al.,<br><br>    Petitioners,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Respondents. | Case No. 1:25-cv-01338-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 15)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

On December 5, 2025, the Court granted the petition for writ of habeas corpus, directed Respondents to immediately release Petitioners, and directed counsel for Respondents to file a status report within three days of the date of service of the order. (ECF No. 14 at 12.) As no status report was filed, on December 12, 2025, the Court ordered counsel for Respondents to file a status report and to show cause why sanctions should not be imposed for failing to obey the Court's December 5, 2025 order. (ECF No. 15.)

On December 12, 2025, counsel for Respondents filed status update stating that "consistent with this Court's order petitioners were released on December 5, 2025—the same day as the Court's order." (ECF No. 17 at 1.) Counsel for Respondents also indicated that the failure to timely file a status report was caused by "the office's failure to timely reassign the case following the departure from the office of the previously-assigned Assistant United States Attorney." (Id.)

1

Accordingly, the Court HEREBY ORDERS that:

1. The order to show cause (ECF No. 15) is DISCHARGED; and
2. The Clerk of Court is DIRECTED to enter judgment in accordance with the Court's December 5, 2025 order and to close the case.

IT IS SO ORDERED.

Dated:  **December 22, 2025**                   /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE